lesliesantosinf

LEONARDO M. RAPADAS
United States Attorney
RYAN M. ANDERSON
Special Assistant U.S. Attorney
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagåtña, Guam 96910
PHONE: (671) 472-7332
FAX: (671) 472-7334

Attorneys for the United States of America

**ORIGINAL**

**FILED**
DISTRICT COURT OF GUAM

DEC -4 2006

MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | CRIMINAL CASE NO. 06-00112 |
| Plaintiff, | **INFORMATION** |
| vs. | **THEFT OF GOVERNMENT PROPERTY** |
| LESLIE SANTOS, | [18 U.S.C. § 641] |
| Defendant. | |

THE UNITED STATES ATTORNEY CHARGES:

Beginning on or about September 2005, and continuing up to on or about January 2006, in the District of Guam, the defendant, LESLIE SANTOS, willfully and knowingly, did steal and purloin United States currency from the Navy Exchange, Guam, of the value of less than $1000, property of the United States, in violation of Title 18, United States Code, Section 641.

DATED this 4th day of December, 2006.

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and NMI

By: _____
RYAN M. ANDERSON
Special Assistant U.S. Attorney