lesliesantossum

LEONARDO M. RAPADAS
United States Attorney
RYAN M. ANDERSON
Special Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Ave.
Hagåtña, Guam 96910
TEL: (671) 472-7332
FAX: (671) 472-7334

Attorneys for the United States of America

ORIGINAL

FILED
DISTRICT COURT OF GUAM

DEC -4 2006

MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CRIMINAL CASE NO. 06-00112 |
| Plaintiff. | ) |
| vs. | ) **UNITED STATES' REQUEST FOR ISSUANCE OF SUMMONS** |
| LESLIE SANTOS, | ) |
| Defendant. | ) |

Comes now the United States of America and requests this Honorable Court issue a summons for defendant, LESLIE SANTOS, based on an Information filed charging the defendant with Theft of Government Property in violation to Title 18, United States Code, Section 641.

Respectfully submitted this 4th day of December 2006.

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and NMI

By: _____
RYAN M. ANDERSON
Special Assistant U.S. Attorney