1  LEONARDO M. RAPADAS
   United States Attorney
2  RYAN M. ANDERSON
   Special Assistant U.S. Attorney
3  Suite 500, Sirena Plaza
   108 Hernan Cortez Ave.
4  Hagåtña, Guam 96910
   TEL: (671) 472-7332
5  FAX: (671) 472-7334

6  Attorneys for the United States of America

7
                    IN THE UNITED STATES DISTRICT COURT
8
                      FOR THE TERRITORY OF GUAM
9

10 UNITED STATES OF AMERICA,          )  CRIMINAL CASE NO. 06-00112
                                      )
11              Plaintiff.            )
                                      )           **O R D E R**
12        vs.                         )  **re United States' Request for**
                                      )  **Issuance of Summons**
13 LESLIE SANTOS,                     )
                                      )
14              Defendant.            )
   _____)

15

16      Upon request of the Government,

17      IT IS SO ORDERED that a summons be issued for the Defendant to appear before the

18 Court on December 14, 2006, at 9:30 a.m. for an initial appearance and arraignment in the

19 above-captioned case.

20

21

22   December 7, 2006
          DATE
23

24                                          **/s/ Joaquin V.E. Manibusan, Jr.**
25                                          **U.S. Magistrate Judge**

26

27

28