# IN THE DISTRICT COURT OF GUAM
# TERRITORY OF GUAM
# CRIMINAL MINUTES
# CHANGE OF PLEA

CASE NO.: CR-06-00112　　　　　　　　　　　DATE: February 02, 2007

HON. JOAQUIN V. E. MANIBUSAN, JR., Magistrate Judge, Presiding
Law Clerk: Judith P. Hattori　　　　　　Court Reporter: Wanda Miles
Courtroom Deputy: Virginia T. Kilgore　　Electronically Recorded: 10:04:10 - 10:16:57
CSO: L. Ogo

**APPEARANCES:**

Defendant: Leslie Santos　　　　　　　　　Attorney: Richard Arens
☑ Present ☐ Custody ☐ Bond ☑ P.R.　　　☑ Present ☐ Retained ☑ FPD ☐ CJA
U.S. Attorney: Kristin St. Peter　　　　U.S. Agent:
U.S. Probation: Carleen Borja　　　　　　U.S. Marshal: None Present
Interpreter:　　　　　　　　　　　　　　Language:

**PROCEEDINGS: Change of Plea**
- Defendant sworn and examined.
- Defendant arraigned and advised of her rights, charges and penalties.
- Plea entered: Guilty
- Plea: Accepted.
- Sentencing set for: May 3, 2007 at 10:00 A.M.
- Presentence Report due to the parties: March 9, 2007
- Presentence Report due to the Court: April 9, 2007
- Defendant released on bond as previously ordered by this Court.

NOTES: Pen and ink changes made to the plea agreement.