✎ AO 456 (Rev. 5/85) Notice

# UNITED STATES DISTRICT COURT

_____ DISTRICT OF _____ GUAM _____

United States of America

V.

**Leslie Santos**

**NOTICE**

CASE NUMBER: **CR-06-00112-001**

| TYPE OF CASE: | | |
|---|---|---|
| | ☐ **CIVIL** | X **CRIMINAL** |

☐ **TAKE NOTICE** that a proceeding in this case has been set for the place, date, and time set forth below:

| PLACE | ROOM NO. |
|---|---|
| | |
| | DATE AND TIME |

TYPE OF PROCEEDING

**SENTENCING**

X **TAKE NOTICE** that a proceeding in this case has been rescheduled as indicated below:

| PLACE<br>**District Court of Guam**<br>**3rd Floor, U.S. Courthouse**<br>**520 West Soledad Avenue**<br>**Hagatna, GU 96910** | DATE AND TIME PREVIOUSLY SCHEDULED<br><br>**Thursday, May 3, 2007 at 10:00 a.m.** | RESCHEDULED TO DATE AND TIME<br><br>**Wednesday, May 30, 2007 at 9:00 a.m.** |
|---|---|---|

**MARY L. M. MORAN, CLERK OF COURT**
U.S. MAGISTRATE JUDGE OR CLERK OF COURT

**April 29, 2007**
DATE

/s/ Leilani R. Toves Hernandez
(BY) DEPUTY CLERK

TO: U.S. Attorney's Office
Federal Public Defender
U.S. Probation Office
U.S. Marshals Service