JOHN T. GORMAN
Federal Public Defender
District of Guam

RICHARD P. ARENS
Assistant Federal Public Defender
First Hawaiian Bank Building
400 Route 8, Suite 501
Mongmong, Guam 96910
Telephone: (671) 472-7111
Facsimile: (671) 472-7120

Attorney for Defendant
LESLIE SANTOS

**FILED**
DISTRICT COURT OF GUAM
MAY 15 2007
MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR-06-00112 |
| | ) | |
| Plaintiff, | ) | STIPULATION TO CONTINUE |
| | ) | SENTENCING |
| vs. | ) | |
| | ) | |
| LESLIE SANTOS, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## STIPULATION TO CONTINUE SENTENCING

IT IS HEREBY STIPULATED AND AGREED by and between the parties herein that the sentencing hearing currently scheduled for May 29, 2007, be continued to a time and date after May 12, 2007. The justification for this request is based upon defense counsel's previously

//

//

scheduled off-island commitments.

       IT IS SO STIPULATED:

       DATED: Mongmong, Guam, May 14, 2007.

                                              */s/ Richard P. Arens*
                                        RICHARD P. ARENS
                                        Attorney for Defendant
                                        LESLIE SANTOS

                                        */s/ Ryan Anderson*
                                        RYAN ANDERSON
                                        Attorney for Plaintiff
                                        UNITED STATES OF AMERICA

2

Case 1:06-cr-00112    Document 18    Filed 05/15/2007    Page 2 of 2