JOHN T. GORMAN
Federal Public Defender
District of Guam

RICHARD P. ARENS
Assistant Federal Public Defender
First Hawaiian Bank Building
400 Route 8, Suite 501
Mongmong, Guam 96910
Telephone:   (671) 472-7111
Facsimile:    (671) 472-7120

Attorney for Defendant
LESLIE SANTOS

IN THE DISTRICT COURT OF GUAM

FOR THE TERRITORY OF GUAM

| UNITED STATES OF AMERICA, | ) | CRIMINAL CASE NO. 06-00112 |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | ORDER |
| LESLIE SANTOS, | ) | |
| Defendant. | ) | |

The stipulation filed on May 15, 2007, is hereby approved. The sentencing hearing previously scheduled for May 30, 2007, is hereby moved to Tuesday, June 26, 2007, 10:00 a.m.



/s/ **Frances M. Tydingco-Gatewood**
   **Chief Judge**
**Dated: May 23, 2007**