PS 40
(REV. 6/05)

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF GUAM

## NOTICE REGARDING UNITED STATES PASSPORT FOR CRIMINAL DEFENDANT

**TO:** United States Department of State
Office of Passport Policy and Advisory Services
2100 Pennsylvania Avenue, NW, 3rd Floor
Washington, D.C. 20037

**FROM:** Judy Anne L. Ocampo, U.S. Probation Officer
District of Guam
2nd Floor, U.S. Courthouse
520 West Soledad Avenue
Hagatna, Guam 96910

[ ] **Original Notice**  [X] **Notice of Disposition**

Date: **November 14, 2006**   Date: **June 26, 2007**
By: **Joaquin V.E. Manibusan, Jr. U.S. Magistrate Judge**   By: **Joaquin V.E. Manibusan, Jr. U.S. Magistrate Judge**

Defendant: **SANTOS, Leslie**   Case Number: **CRIMINAL #06-00112-001**
Date of Birth: **XX-XX-1971**   Place of Birth: **Tamuning, Guam - USA**
SSN: **XXX-XX-5514**

===============================================================

**NOTICE OF COURT ORDER** (Order Date: **November 14, 2006**)

[X] The above-named defendant is not permitted to apply for the issuance of a passport during the pendency of this action.

[ ] The above-named defendant surrendered Passport Number _____ to the custody of the **U.S. District Court on Guam.**

## NOTICE OF DISPOSITION

The above case has been disposed of and the above order of the court is no longer in effect.

[ ] Defendant not convicted.

[X] Defendant convicted.

Distribution:
Original to Clerk of Court
Original to Case File
Department of State
☐ Not Convicted - PS40/Passport returned to defendant.
☐ Not Convicted - PS40/Passport enclosed for further investigation due to evidence that the document may have been issued in a false name.
✔ Convicted - PS40 and copy of Judgment enclosed.
Defendant (or representative)