# IN THE DISTRICT COURT OF GUAM
# TERRITORY OF GUAM
# CRIMINAL MINUTES
# SENTENCING

CASE NO.: CR-06-00112　　　　　　　　　　　　　　DATE: June 26, 2007

---

HON. JOAQUIN V. E. MANIBUSAN, JR., Magistrate Judge, Presiding

Law Clerk: Judith P. Hattori　　　　Court Recorder: Virginia Kilgore / Peter Santos
Courtroom Deputy: Peter Santos　　　Electronically Recorded: 10:39:25- 10:55:21
CSO: B. Pereda

---

**APPEARANCES:**

Defendant: Leslie Santos　　　　　　　　Attorney: Richard Arens
　　Present　Custody　Bond　P.R.　　　　Present　Retained　FPD　CJA
U.S. Attorney: Ryan Anderson　　　　　　U.S. Agent:
U.S. Probation: Stephen Guilliot　　　　U.S. Marshal: None Present
Interpreter:　　　　　　　　　　　　　　Language:

---

**PROCEEDINGS: Sentencing**

- Defendant sentenced to probation for a term of <u>3 years</u>, with conditions (refer to Judgment for conditions of probation).
- All fines waived by the Court.
- Defendant ordered to pay restitution in the amount of $1,234.91
- Court stated the justification of the sentence imposed.
- Defendant advised of appeal rights.
- Defendant advised that if all conditions of probation have been met she may move after one year for early termination of probation.

NOTES: